# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MALIBU MEDIA, LLC,

     Plaintiff,

v.                                              Case No: 8:15-cv-2306-T-30EAJ

JOHN DOE,

     Defendant.

_____

### ORDER OF DISMISSAL

     Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice

(Dkt. #12).   Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed without prejudice.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 21st day of January, 2016.

                                        JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record